# Claims Proposed Distribution

## Case: 07-04948  REGAN, CHRISTOPHER M.

**Case Balance:** $3,792.61    **Total Proposed Payment:** $3,792.61    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | MORRIS L. HORWITZ <2100-00 Trustee Compensation> | Admin Ch. 7 | 948.05 | 948.05 | 0.00 | 948.05 | 948.05 | 2,844.56 |
| B | MORRIS L. HORWITZ <2200-00 Trustee Expenses> | Admin Ch. 7 | 3.52 | 3.52 | 0.00 | 3.52 | 3.52 | 2,841.04 |
| C | BULAN, CHIARI, HORWITZ & ILECKI, LLP <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 416.25 | 416.25 | 0.00 | 416.25 | 416.25 | 2,424.79 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 1,367.82 | 1,367.82 | 0.00 | 1,367.82 | 1,367.82 | |
| 1 | Capital Recovery One | Unsecured | 519.48 | 519.48 | 0.00 | 519.48 | 33.89 | 2,390.90 |
| 2 | Discover Bank/DFS Services LLC | Unsecured | 6,069.97 | 6,069.97 | 0.00 | 6,069.97 | 396.00 | 1,994.90 |
| 3 | Time Warner Cable | Unsecured | 70.34 | 70.34 | 0.00 | 70.34 | 4.59 | 1,990.31 |
| 4 | Nelnet | Unsecured | 10,907.50 | 10,907.50 | 0.00 | 10,907.50 | 711.59 | 1,278.72 |
| 5 | National Fuel Gas Distribution Corporation | Unsecured | 825.34 | 825.34 | 0.00 | 825.34 | 53.84 | 1,224.88 |
| 6 | Resurgent Capital Services | Unsecured | 1,645.60 | 1,645.60 | 0.00 | 1,645.60 | 107.36 | 1,117.52 |
| 7 | eCAST Settlement Corporation assignee of | Unsecured | 850.32 | 850.32 | 0.00 | 850.32 | 55.47 | 1,062.05 |
| 8 | FIA Card Services, N. A. | Unsecured | 16,279.35 | 16,279.35 | 0.00 | 16,279.35 | 1,062.05 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | 37,167.90 | 37,167.90 | 0.00 | 37,167.90 | 2,424.79 | |
| | **Total for Case 07-04948:** | | $38,535.72 | $38,535.72 | $0.00 | $38,535.72 | $3,792.61 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims: | $1,367.82 | $1,367.82 | $0.00 | $1,367.82 | 100.000000% |
| Total Unsecured Claims: | $37,167.90 | $37,167.90 | $0.00 | $2,424.79 | 6.523882% |



FILED JAN 28 2010 BANKRUPTCY COURT BUFFALO, N.Y.